## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

FREDERICK BANKS,
REG. #05711-068                                                              PLAINTIFF

V.                                    2:12CV00094 SWW/JTR

TIMOTHY C. OUTLAW,
Warden, FCI-FC, et al.                                                    DEFENDANTS

### JUDGMENT

Consistent with the Order of Dismissal that was entered on this day, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED,

WITHOUT PREJUDICE, pursuant to the three strikes rule set forth in 28 U.S.C. §

1915(g).   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in

forma pauperis* appeal would not be taken in good faith.

Dated this 14th day of June, 2012.


                                            /s/Susan Webber Wright
                                    UNITED STATES DISTRICT JUDGE